Kelvin GOULD, Plaintiff—Appellant,

v.

NEWPORT NEWS; Virginia Circuit Court; Office of the Public Defender's, City of Newport News, VA; Alexander C. Levy; Brian P. Keeley; Oldric J. Labell, Jr.; Robert N. Pritchard; Alexandria Chun; Aaron M. Thompson, Detective; Jeffrey C. Rountree, Attorney at Law, Defendants—Appellees.

No. 09–6497.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 25, 2009.

Kelvin Gould, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gould v. Newport News*, No. 2:09–cv–00092–JBF–

FBS (E.D.Va. Mar. 4, 2009). We deny Gould's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*